IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CARL F. COLEMAN, : 
AIS 192831,
  :
    Petitioner,
vs. :    CA 05-0729-WS-C

WARDEN JONES, :

    Respondent. :

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 8, 2006, is **ADOPTED** as the opinion of this Court.

    **DONE** this 30th day of March, 2006.

                    s/WILLIAM H. STEELE
                    UNITED STATES DISTRICT JUDGE