IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARL F. COLEMAN, | : | |
| AIS 192831, | | |
| Petitioner, | | |
| | : | |
| vs. | : | CA 05-0729-WS-C |
| WARDEN JONES, | : | |
| Respondent. | : | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the present habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be dismissed due to petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A).

**DONE** this 30th day of March, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE